James J. Pisanelli, Esq., Bar No. 4027
jjp@pisanellibice.com
Dustun H. Holmes. Esq., Bar No. 12776
dhh@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
Facsimile: 702.214.2101

*Attorneys for Plaintiff Robert Palmer*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT PALMER, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>FIVE STAR PROPERTIES COLLECTION LLC,<br><br>Defendants. | Case No.: 2:17-cv-01037-RFB-CWH<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Prejudice 41(a)(1)(A)(ii), Plaintiff Robert Palmer and Defendant Five Star Properties Collection LLC, by and through their undersigned counsel of record hereby stipulate and agree that the above-captioned action shall be dismissed with prejudice, each side to bear their own attorneys' fees and costs.

DATED this 12th day of February, 2018.    DATED this 12th day of February, 2018.

By: /s/ James J. Pisanelli    By: /s/ Todd L. Moody
James J. Pisanelli, Esq., Bar No. 4027    Todd L. Moody, Bar No. 5430
Dustun H. Holmes, Esq. Bar No. 12776    Richard L. Wade, Bar No. 11879
PISANELLI BICE PLLC    HUTCHISON & STEFFEN, LLC
400 South 7th Street, Suite 300    10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89101    Las Vegas, Nevada 89145
Attorneys for Plaintiff    Attorneys for Defendant

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Court

Dated: February 13, 2018.

1